914

No. 91–1541. EWING ET AL. v. CITY OF CARMEL-BY-THE-SEA ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied. ■

No. 91–1543. LONG v. SMYTHE, CHIEF OF POLICE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1545. AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS v. TURNER BROADCASTING SYSTEM, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1547. AHAM-NEZE v. SOHIO SUPPLY CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1552. COLLINS v. UNIFIED COURT SYSTEM OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1557. YADAV ET UX. v. CHARLES SCHWAB & CO., INC. C. A. 2d Cir. Certiorari denied.

No. 91–1558. ORTEZ-MIRANDA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–1562. JEWEL FOOD STORES, A DIVISION OF JEWEL COS., INC. v. MERK ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1564. CITY AND COUNTY OF SAN FRANCISCO v. GAUDIYA VAISHNAVA SOCIETY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1565. MABRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–1566. REPUBLICAN PARTY OF OREGON ET AL. v. KEISLING, SECRETARY OF STATE OF OREGON. C. A. 9th Cir. Certiorari denied.

No. 91–1567. BRAILEY v. SECRETARY OF THE TREASURY ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1568. HESKETT ET AL. v. SILOAM LODGE #35 OF THE FREE AND ACCEPTED MASONS OF MICHIGAN. Ct. App. Mich. Certiorari denied.